**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALBERT SHEAKALEE,**       )<br>                                                            )<br>            **Plaintiff,**           )<br>     **v.**                                                 )<br>                                                            )<br>**FORTIS BENEFITS INSURANCE** )<br>**COMPANY, et al.,**              )<br>                                                            )<br>            **Defendants.**       )<br>_____) | 08-CV-00416-AWI-GSA<br><br>ORDER RE STIPULATION TO<br>CONTINUE HEARING DATE<br>ON DEFENDANT'S MOTION<br>TO DISMISS AND STRIKE;<br>SCHEDULING CONFERENCE<br>DATE<br><br>(Document # 10) |

   IT IS HEREBY ORDERED that, based upon the stipulation of the parties and for good cause shown, that the hearing on Defendant Union Security Insurance Company's ("USIC") Motion To Dismiss Plaintiff's Complaint and Strike Prayer For Damages and Demand for Jury Trial ("Motion"), currently scheduled for May 12, 2008 at 1:30 p.m., be continued to June 9, 2008 at 1:30 p.m.  USIC's Reply to Plaintiff's Opposition to the Motion shall be filed on or before June 2, 2008.  The Scheduling Conference, currently set for May 27, 2008 at 10:00 a.m. will be continued to June 23, 2008 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:     May 2, 2008**                           **/s/ Anthony W. Ishii**
                                                              UNITED STATES DISTRICT JUDGE