IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SHEAKALEE, ) | 1:08-cv-00416 AWI GSA |
| Plaintiff, ) | ORDER REGARDING SCHEDULING CONFERENCE AND SETTING FURTHER SCHEDULING CONFERENCE |
| vs. ) | |
| FORTIS BENEFITS INSURANCE COMPANY, and DOES 1 through 50, inclusive, ) | |
| Defendants. ) | |

On July 16, 2008, the court conducted a further scheduling conference in this matter. Alyson Berg appeared telephonically on behalf of Plaintiff Albert Sheakalee ("Plaintiff"). Simon Manoucherian appeared telephonically on behalf of Defendant Union Security Insurance Company, formerly known as Fortis Benefits Insurance Company, ("Defendant" or "USIC").

Counsel for both parties reported that the scheduling issue before the court pertains to whether, and to what extent, Plaintiff may conduct discovery in this action. In an effort to resolve the issue, the parties have agreed to the following preliminary deadlines:

1. Plaintiff shall serve his proposed written discovery requests on USIC on or before July 24, 2008.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.    USIC shall either agree to submit discovery responses and/or serve written objections to the proposed discovery on or before July 31, 2008.

3.    If USIC objects to Plaintiff's requests for discovery, then Plaintiff shall file a motion to compel discovery and/or motion for leave to conduct discovery on or before August 7, 2008.

4.    USIC shall file its opposition to the motion, if any, on or before August 21, 2008.

5.    Plaintiff shall file his reply, if any, on or before August 28, 2008.

6.    The hearing on such motion shall be noticed for Friday, September 12, 2008, at 2:30 p.m. in Courtroom 10 before the undersigned.

7.    The court sets this matter for a Further Scheduling Conference on September 25, 2008, at 9:30 a.m. before the undersigned.  The parties may appear telephonically by arranging a conference call and confirming their telephonic appearance with the courtroom deputy no later than two court days before the Further Scheduling Conference.

IT IS SO ORDERED.

**Dated:**   **July 17, 2008**         /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE