**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ALBERT SHEAKALEE,** | ) | 08-CV-00416-AWI-GSA |
| | ) | |
|       **Plaintiff,** | ) | **ORDER TAKING MATTER** |
| | ) | **UNDER SUBMISSION** |
|       v. | ) | |
| | ) | (Document # 25) |
| **FORTIS BENEFITS INSURANCE** | ) | |
| **COMPANY, and DOES 1 through 50, inclusive,** | ) | |
| | ) | |
|       **Defendants.** | ) | |

    Plaintiff's motion to dismiss for lack of subject matter jurisdiction and/or failure to state a cause of action has been set for hearing in this case on August 18, 2008.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 18, 2008, is VACATED, and the parties shall not appear at that time.  As of August 18, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 13, 2008                              /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE