IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SHEAKALEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FORTIS BENEFITS INSURANCE COMPANY, and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants.<br>_____<br>UNION SECURITY INSURANCE COMPANY,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>ALBERT SHEAKALEE, an individual,<br><br>　　　　　Counterdefendant.<br>_____ | NO. 1:08-CV-00416-AWI-GSA<br><br>ORDER VACATING MARCH 16, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendants' motion to limit the record, or in the alternative, motion to strike Plaintiff's expert witness disclosure has been set for hearing in this case on March 16, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 16, 2009, is VACATED, and the parties shall not appear at that time. As

of March 16, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:** **March 11, 2009**          **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

daw                                                            2