IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT SHEAKALEE, | ) | NO. 1:08-CV-00416-AWI |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING TRIAL DATE |
| | ) | TO JULY 7, 2009 |
| v. | ) | |
| | ) | |
| FORTIS BENEFITS INSURANCE COMPANY, and DOES 1 through 50, inclusive, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Due to the unavailability of the court, the court has determined that it is necessary to continue the June 23, 2009 trial date to July 7, 2009. Therefore, IT IS HEREBY ORDERED that the previously set trial date of June 23, 2009, is VACATED, and the trial date on this matter is set for July 7, 2009, at 8:30 a.m. in Courtroom 2. All other dates previously scheduled in this matter will remain unchanged.

IT IS SO ORDERED.

Dated:   __April 2, 2009__            __/s/ Anthony W. Ishii__
                                                 CHIEF UNITED STATES DISTRICT JUDGE