IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SHEAKALEE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORTIS BENEFITS INSURANCE ) <br> COMPANY, and DOES 1through 50, ) <br> inclusive, ) <br> ) <br> ) <br> Defendants. ) <br> _____) <br> AND RELATED CLAIMS. | NO. 1:08-CV-00416 AWI-GSA <br><br> ORDER DIRECTING PARTIES TO FILE JOINT PRE-TRIAL STATEMENT BY MAY 12, 2009 |

On September 25, 2008, the court ordered the parties to file a Joint Pre-Trial Statement pursuant to Local Rule 16-281(a)(2).  See Magistrate Judge Gary Austin's Scheduling Order at page 9.  The parties were further directed to submit a digital copy of their Joint Pre-Trial statement in Word Perfect X3 format, directly to Judge Ishii's chambers by emailing it to awiorders@caed.uscourts.gov.  Id.  Pursuant to Local Rule 16-281(a)(2), joint pre-trial statements are due not less than five (5) court days prior to the pre-trial conference.  In the instant matter, the pre-trial conference is set for May 14, 2009.  See Magistrate Judge Gary Austin's Scheduling Order at page 9.  Thus, the parties' Joint Pre-Trial Statement was due on May 7, 2009.  Accordingly, the parties' are directed to file a Joint Pre-Trial Statement as soon as

possible but no later than May 12, 2009.

Therefore, IT IS HEREBY ORDERED that the parties submit a Joint Pre-Trial Statement no later than May 12, 2009, at 1:00 p.m.

IT IS SO ORDERED.

**Dated:** **May 8, 2009**   /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE