# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT SHEAKALEE,** <br><br> Plaintiff, <br><br> v. <br><br> **FORTIS BENEFITS INSURANCE COMPANY, and DOES 1 through 50, inclusive**, <br><br> Defendants. | **NO.** 1:08-CV-00416 AWI-GSA <br><br> **ORDER VACATING MAY 14, 2009 PRE-TRIAL AND JULY 7, 2009 TRIAL AND ORDERING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY JUNE 1, 2009 AT 1:00 P.M.** |

On May 12, 2009, Plaintiff Albert Sheakalee ("Sheakalee") and Defendant Union Security Insurance Company ("Union"), formerly known as Fortis Benefits Insurance Company, filed a notice of settlement. Pursuant to Local Rule 16-160 (b), the court is ordering the parties to file documents disposing of the action on or by June 1, 2009.[1] The parties are forewarned that a failure to file dispositional papers on the date prescribed by the court may be grounds for sanctions. See L.R. 16-160 (b) and L.R. 16-272. In light of the parties' May 12, 2009 notice of settlement, the court is vacating the May 14, 2009 pre-trial conference and the July 7, 2009 trial date.

---

[1] Although the parties' notice of settlement provides that the parties will file a stipulation for dismissal with prejudice of the entire action within sixty (60) days of their May 12, 2009 notice of settlement, L.R. 16-160 (b) provides that parties are permitted no more than twenty (20) calendar days from the date of the notice, absent good cause. Accordingly, if the parties desire an extension of time, they must file an application explaining why such additional time is necessary.

**ORDER**

For the reasons discussed above, this court ORDERS:

1. The May 14, 2009 pre-trial hearing and July 7, 2009 trial are VACATED; and
2. Sheakalee and Union are ordered to file dispositional documents on or by June 1, 2009 at 1:00 p.m.

IT IS SO ORDERED.

**Dated:   May 12, 2009**                    /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE