1  LINDA M. LAWSON (Bar No. 77130)
   LLawson@mmhllp.com
2  CARMEN J. COLE (Bar No. 218489)
   CCole@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   UNION SECURITY INSURANCE COMPANY, formerly known as FORTIS BENEFITS
7  INSURANCE COMPANY

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SHEAKALEE,           )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>FORTIS BENEFITS INSURANCE     )<br>COMPANY, and DOES 1 through 50, )<br>inclusive,                    )<br>                              )<br>          Defendants.        )<br>_____)<br>                              )<br>UNION SECURITY INSURANCE      )<br>COMPANY,                      )<br>                              )<br>          Counterclaimant,   )<br>                              )<br>     v.                       )<br>                              )<br>ALBERT SHEAKALEE, an individual, )<br>                              )<br>          Counterdefendant.  )<br>_____) | NO. 1:08-CV-00416-AWI-GSA<br><br>STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER THEREON |

Plaintiff/counterdefendant ALBERT SHEAKALEE and defendant/counterclaimant UNION SECURITY INSURANCE COMPANY, formerly known as FORTIS BENEFITS INSURANCE COMPANY, by and through their respective counsel of record, hereby agree and stipulate to dismiss this action in its entirety, including the counterclaim, with prejudice as to all

parties, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and each party shall bear its own attorneys' fees and costs in this matter.

The parties seek the Court's approval of dismissal of this action, including the counterclaim, with prejudice.

IT IS SO STIPULATED.

Dated:  May 28, 2009        MESERVE, MUMPER & HUGHES LLP
                            LINDA M. LAWSON
                            CARMEN J. COLE

                            By:      /s/
                                Carmen J. Cole
                                Attorneys for Defendant and Counterclaimant
                                UNION SECURITY INSURANCE COMPANY

Dated:  May 28, 2009        WILKINS, DROLSHAGEN & CZESHINSKI LLP
                            JAMES H. WILKINS

                            By:      /s/
                                James H. Wilkins
                                Attorney for Plaintiff and Counterdefendant
                                ALBERT SHEAKALEE

## ORDER

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 1:08-CV-00416-AWI-GSA, is dismissed in its entirety as to all defendants and counterdefendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorney fees and costs in this matter.

IT IS SO ORDERED.

**Dated:   May 30, 2009**              /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE